IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CLARENCE McDONALD, III,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 12-0313-CG-C |
| | ) |
| **ST AEROSPACE MOBILE, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

**FINAL JUDGMENT**

In accordance with the order granting plaintiff's motions for summary judgment entered this date, it is **ORDERED, ADJUDGED** and **DECREED** that judgment is entered in favor of defendant, ST Aerospace Mobile, Inc., against plaintiff, Clarence McDonald, III.  Accordingly, the plaintiff's claims against the defendant are hereby **DISMISSED with prejudice**.  Costs are to be taxed against the plaintiff.

**DONE and ORDERED** this 12th day of March, 2013.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE